# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**FIDEL PEREZ GONI,**

    Petitioner,

vs.                                  Case No. 3:15cv404-RV/CAS

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner Fidel Perez Goni, proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 4; *see* ECF No. 1. Petitioner has also filed a memorandum, ECF No. 7, and a motion for leave to proceed in forma pauperis, ECF No. 8.

In the § 2254 petition, Petitioner challenges a judgment and sentence entered November 6, 2002, by the Eleventh Judicial Circuit, Miami-Dade County, Florida, located in the Southern District of Florida. ECF No. 4 at 1; *see* 28 U.S.C. § 89(c). At the time he filed his § 2254 petition, Petitioner was incarcerated at the Santa Rosa Correctional Institution, which is located in this district. Doc. 1; *see* 28 U.S.C. § 89(a).

Nevertheless, because the district of conviction appears to be the most convenient and appropriate venue, this petition should be transferred to the United States District Court for the Southern District of Florida. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated); S.D. Fla. R. 3.1. *See* Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Southern District of Florida, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on November 6, 2015.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO PARTIES

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**