# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**FIDEL PEREZ GONI,**

     **Petitioner,**

**vs.**                          **Case No. 3:15cv404-RV/CAS**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

     **Respondent.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 6, 2015.  ECF. No. 9.  The parties have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections.  No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  This case is transferred to the Southern District of Florida, for all further proceedings.

**DONE AND ORDERED** this 15th day of December, 2015.


*/s/ Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**